SLIP OPINION

Cite as 2014 Ark. 383

# SUPREME COURT OF ARKANSAS

**No.**

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS | **Opinion Delivered** September 18, 2014 |

## PER CURIAM

Honorable Gordon McCain, Circuit Judge of Russellville, and Cleburne County Judge Jerry Holmes of Heber Springs are appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for three-year terms to expire on September 30, 2017. The court thanks them for their willingness to serve on this important committee.

We express our gratitude to Circuit Judge Charles Clawson of Conway and Arkansas County Judge Sonny Cox of DeWitt, whose terms have expired, for their valuable service to the committee.